[No. 18593-1-III.  Division Three.  July 25, 2000.]

GOODMAN OIL COMPANY OF LEWISTON, *Appellant*, v. THE
DEPARTMENT OF LICENSING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 96-2-00085-5, John M. Lyden, J., entered June
25, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J.,
concurred in by Schultheis and Brown, JJ.

[No. 18564-8-III.  Division Three.  July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MICHAEL
LOBIE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 98-1-00632-6, Evan E. Sperline, J., entered
June 1, 1999. *Affirmed* by unpublished opinion per Kato, J.,
concurred in by Kurtz, C.J., and Schultheis, J.

[Nos. 18026-3-III; 18274-6-III.  Division Three.  July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY DEAN BROWN,
*Appellant*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 96-1-02617-5, Salvatore F. Cozza, J.,
entered November 18, 1998 and January 20, 1999. *Affirmed*
by unpublished opinion per Brown, J., concurred in by
Kurtz, C.J., and Sweeney, J.

[No. 18109-0-III.  Division Three.  July 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WASHINGTON JAMES
BRIDGES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 98-1-00621-9, Kathleen M. O'Connor, J.,
entered December 15, 1998. *Affirmed* by unpublished opin-
ion per Kato, J., concurred in by Kurtz, C.J., and Sweeney,
J.